COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JOVON WHORTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-CR-00358 FCD |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) | |
| JOVON WHORTON, | ) | |
| Defendant. | ) | |

Defendant JOVON WHORTON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, October 3, 2005, at 9:30 a.m. to Monday, November 14, 2005, at 9:30 a.m.  Defendant's attorney, Colin Cooper, is in trial in Alameda County through October 14, 2005.  The parties further stipulate and agree that the period from October 3, 2005 to November 14, 2005 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8), Local Code T4.

DATED:  September 27, 2005         /s/ COLIN L. COOPER
                                   Attorney for Defendant JOVON WHORTON


DATED:  September 27, 2005         /s/ JASON HITT
                                   Assistant United States Attorney

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2  IT IS HEREBY ORDERED that the status conference scheduled for October 3, 2005, is

3  continued to November 14, 2005, at 9:30 a.m. and that the period from October 3, 2005 to

4  November 14, 2005 is excludable from calculation under the Speedy Trial Act pursuant to 18

5  U.S.C. §3161(h)(8), Local Code T4

6

7

8

9  DATED: September 28, 2005        /s/ Frank C. Damrell Jr.
10                                    FRANK C. DAMRELL, JR.
                                      District Judge
11                                    United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28