COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JOVON WHORTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-CR-00358 FCD |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| JOVON WHORTON, | ) ) | |
| Defendant. | ) ) | |

Defendant JOVON WHORTON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, February 13, 2006, at 9:30 a.m. to Monday, March 20, 2006, at 9:30 a.m., because further preparation is needed.  The parties further stipulate and agree that the period from February 13, 2006 to March 20, 2006 is excludable from calculation under the Speedy Trial Act pursuant to Local Code T4 (18 U.S.C. §3161(h)(8)(B)(iv).

DATED:  February 8, 2006         /s/ COLIN L. COOPER
                                 Attorney for Defendant JOVON WHORTON

DATED:  February 8, 2006         /s/ JASON HITT
                                 Assistant United States Attorney

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2  IT IS HEREBY ORDERED that the status conference scheduled for February 13, 2006, is continued to March 20, 2006 at 9:30 a.m. and that the period from February 13, 2006 to March 20, 2006 is excludable from calculation under the Speedy Trial Act pursuant to Local Code T4 (18 U.S.C. §3161(h)(8)(B)(iv).

DATED: February 8, 2006             /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, JR.
                                    District Judge
                                    United States District Court