McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-05-0358 FCD |
| Plaintiff, ) | STIPULATION AND ORDER VACATING TRIAL CONFIRMATION AND TRIAL DATE AND SETTING STATUS CONFERENCE |
| v. ) | |
| JOVON PORTER WHORTON, ) | |
| Defendant. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jovon Porter WHORTON, by and through his counsel, Colin Cooper, Esq., stipulate and agree that trial confirmation hearing set for August 21, 2006, at 9:30 a.m. and trial date of September 12, 2006, at 9:00 a.m. should be vacated.  The parties further request a status conference be set for September 18, 2006, at 9:30 a.m.

The parties further stipulate that the period up to September 18, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending motion under 18 U.S.C. § 3161(h)(1)(F) and the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1

|||
|---|---|
| | Respectfully Submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: August 18, 2006 | By: /s/Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |
| DATED: August 18, 2006 | By: /s/Jason Hitt<br>Telephonically authorized to sign for Mr. Cooper on 8-17-06<br>COLIN COOPER, Esq.<br>Attorney for WHORTON |

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The trial confirmation hearing set for August 21, 2006, at 9:30 a.m. and trial date of September 12, 2006, at 9:00 a.m. are hereby VACATED.

2. The Court orders a status conference to be held on September 18, 2006, at 9:30 a.m.

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through September 18, 2006.

DATED: August 18, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge