COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JOVON WHORTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:05-CR-00358 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. ) | |
| JOVON WHORTON, ) | |
| Defendant. ) | |

Defendant JOVON WHORTON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, September 18, 2006, at 9:30 a.m. to Monday, September 25, 2006, at 9:30 a.m., because both Mr. Cooper and Mr. Hitt will be in trial on September 18, 2006.  The parties further stipulate and agree that the period from September 18, 2006 to September 25, 2006 is excludable from calculation under the Speedy Trial Act pursuant to Local Code T4 (18 U.S.C. §3161(h)(8)(B)(iv)).

DATED:  September 14, 2006          /s/ COLIN L. COOPER
                                    Attorney for Defendant JOVON WHORTON


DATED:  September 14, 2006          /s/ JASON HITT
                                    Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for September 18, 2006, is continued to September 25, 2006 at 9:30 a.m. and that the period from September 18, 2006 to September 25, 2006 is excludable from calculation under the Speedy Trial Act pursuant to Local Code T4 (18 U.S.C. §3161(h)(8)(B)(iv).

DATED: September 15, 2006         /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, JR.
                                  District Judge
                                  United States District Court