1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   JOVON WHORTON
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )     NO.-CR-S-05-00358–FCD
10                                  )
         PLAINTIFF,                  )     STIPULATION AND ORDER
11                                  )     TO CONTINUE STATUS CONFERENCE
      v.                             )     TO JANUARY 22, 2007
12                                  )
   JOVON WHORTON,                   )
13                                  )
         DEFENDANT.                  )
14  _____)

15       Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

16  Jason Hitt, and the defendant: JOVON WHORTON, represented by his attorney, Mr. James R.

17  Greiner, hereby stipulate and agree that the status conference calendared for Monday, November 27,

18  2006, at 10:00 a.m. before the Honorable District Court Judge Frank C. Damrell, Jr., shall be

19  continued to Monday, January 22, 2007, at 10:00 a.m.

20       The parties stipulate and agree that time shall be excluded from the speedy trial act from

21  Monday, November 27, 2006, to and including, Monday, January 22, 2007, under Title 18 section

22  3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

23                           Respectfully submitted,
                              McGREGOR W. SCOTT
24                            UNITED STATES ATTORNEY

25                            /s/ Jason Hitt by telephone  authorization
    DATED: 11-17-06           _____
26                            JASON HITT
                              Assistant United States Attorney
27                            Attorneys for the Plaintiff

28
                                      1

1
2
3  DATED: 11-17-06                    /s/ JAMES R. GREINER
                                      _____
                                      JAMES R. GREINER
4                                     Attorney for defendant Jovon Whorton
5
6
7                                    **ORDER**
8
9       **IT IS SO ORDERED.**
10
    DATED: NOVEMBER 20, 2006.
11
12
13                                    _____
                                      FRANK C. DAMRELL, JR.
14                                    UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                      2