1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   JOVON WHORTON
6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,       )     NO.-CR-S-05-00358–FCD
10                                 )
         PLAINTIFF,                 )     STIPULATION AND ORDER
11                                 )     TO CONTINUE STATUS CONFERENCE
         v.                        )     TO FEBRUARY 26, 2007
12                                 )
   JOVON WHORTON,                  )
13                                 )
                                   )
14       DEFENDANT.                )
   _____)
15

16      Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

17 Jason Hitt, and the defendant: JOVON WHORTON, represented by his attorney, Mr. James R.

18 Greiner, hereby stipulate and agree that the status conference calendared for Monday,

19 January 22, 2007, at 10:00 a.m. before the Honorable District Court Judge Frank C. Damrell, Jr.,

20 shall be continued to Monday, February 26, 2007, at 10:00 a.m.

21      The parties stipulate and agree that time shall be excluded from the speedy trial act from

22 Monday, January 22, 2007, to and including, Monday, February 26, 2007, under Title 18 section

23 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

24                                    Respectfully submitted,
                                      McGREGOR W. SCOTT
25                                    UNITED STATES ATTORNEY

                                      /s/ Jason Hitt by telephone  authorization
26 DATED: 1-18-07                     _____
                                      JASON HITT
27                                    Assistant United States Attorney
                                      Attorneys for the Plaintiff
28

DATED: 1-18-07

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
Attorney for defendant Jovon Whorton

**IT IS SO ORDERED.**

DATED: January 18, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE