Robert J. Beles Bar No. 41993
Jamil F. Karwash Bar No. 240796
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

FILED

FEB 2 6 2007

CLERK, U.S. DISTRICT COURT
TERN DISTRICT OF CALIF



# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR-05-0358 FCD** |
| *Plaintiff,* | SUBSTITUTION OF COUNSEL |
| v. | |
| JOVON PORTER WHORTON | |
| *Defendant.* | |

## SUBSTITUTION OF COUNSEL

Jovon Porter Whorton, the defendant in the above-captioned case desires to substitute Jamil

F. Karwash, Attorney at Law, of The Law Offices of Robert J. Beles 1 Kaiser Plaza, Suite 2300,

Oakland, California, 94612, (510) 836-0100, as his attorney of record in place of attorney James

Greiner, 555 University Ave., Suite 290, Sacramento, California, 95825, (916) 649-2006 and

respectfully request that this court allow the substitution to take place.


I agree to the above substitution.


_____          _2/25/07_____
Jovan Porter Whorton              Date
Defendant

-1-

1

2   I consent to the above substitution.

3

4   James R. Greiner                    Date  February 26, 2007
    Attorney

5

6   I accept to the above subsitution.

7

8   Jamil F. Karwash                    Date  2/23/07

9   Attorney

10

11

12  It is so ordered:

13

14  Frank C. Damrell                    Date  2/26/07

15  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-