Robert J. Beles (Bar No. 41993)
Jamil Francisco Karwash (Bar No. 240796)
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Defendant JOVON WHORTON*

United States District Court
Eastern District of California
Sacramento Division

| UNITED STATES OF AMERICA, | No.   CR-05-00358 FCD |
|---|---|
| *Plaintiff*, vs. | ORDER DIRECTING PRETRIAL SERVICES PROVIDE THE DEFENSE WITH THE CHAIN OF CUSTODY FORM AND THE CONFIRMATION FORM FOR THE URINE SAMPLES DEFENDANT SUBMITTED ON MAY 11, 2006 AND MAY 19, 2006 |
| JOVON WHORTON, | |
| *Defendant*. | |

**ORDER DIRECTING PRETRIAL SERVICES PROVIDE THE DEFENSE WITH THE CHAIN OF CUSTODY FORM AND THE CONFIRMATION FORM FOR THE URINE SAMPLES DEFENDANT SUBMITTED ON MAY 11, 2006 AND MAY 19, 2006**

Pursuant to the parties stipulation filed May 16, 2007, IT IS HEREBY ORDERED that pretrial services shall provide the defense with the chain of custody form and the Confirmation form for the urine samples defendant submitted on May 11, 2006 and May 19, 2006.

DATED: May 29, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

Order Directing Pretrial Services Provide the Defense with the Chain of Custody Form
and the Confirmation Form for the Urine Samples Defendant Submitted on May 11, 2006 and
May 19, 2006