1  J. FRANCISCO KARWASH (Bar No. 240796)
   1 Kaiser Plaza, Suite 2300
2  Oakland, California 94612
   Telephone: (510) 836-0100
3  Facsimile: (510) 832-3690

4

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )    NO.-2:05-cr-0358-FCD
                                 )
10              Plaintiff,       )    STIPULATION AND ORDER
                                 )    TO CONTINUE SENTENCING HEARING
11       v.                      )
                                 )
12 JOVON PORTER WHORTON,         )
                                 )
13                               )
                Defendant.       )
14 _____)

15      Plaintiff United States of America, by its counsel, Assistant

16 United States Attorney, Mr. Jason Hitt,  and defendant Jovon Porter

17 WHORTON, by and through his counsel, J. Francisco Karwash, Esq.,

18 stipulate and agree to continue the judgment and sentencing hearing

19 presently scheduled for October 1, 2007 at 10:00 a.m. to

20 November 5, 2007 AT 10:00 a.m.

21                                    Respectfully submitted,

22                                    J. Francisco Karwash
                                      Attorney for WHORTON
23

24 DATED: September 27, 2007         By: /s/ J. Francisco Karwash

25 ///

26 ///

27 ///

28

```
                                    Telephonically authorized
                                    to sign for Mr. Hitt on 9-26-07
                                    JASON HITT, Esq.
                                    Assistant U.S. Attorney

DATED: September 27, 2007           By:/s/ J. Francisco Karwash
                                       Attorney for WHORTON
```

**IT IS SO ORDERED.**

DATED: September 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE