```
J. Francisco Karwash (Bar No. 240796)
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:05-cr-0358 FCD |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. ) | |
| JOVON PORTER WHORTON, ) | |
| ) Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jovon Porter WHORTON, by and through his counsel, J. Francisco Karwash, Esq., stipulate and agree to continue the judgment and sentencing hearing presently scheduled for November 5, 2007, at 10:00 a.m. to December 10, 2007 at 10:00 a.m.

                                                        Respectfully Submitted,

                                                        J. Francisco Karwash
                                                        Attorney for WHORTON

DATED: November 2, 2007      By:  <u>/s/J. Francisco Karwash</u>
                                                 Telephonically authorized to sign
                                                 for Mr. Hitt on 11-1-07
                                                 JASON HITT, Esq.
                                                 Assistant U.S. Attorney

DATED: November 2, 2007      By:  <u>/s/J. Francisco Karwash</u>
                                                 J. FRANCISCO KARWASH, Esq.
                                                 Attorney for WHORTON

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing scheduled for November 5, 2007 at 10:00 a.m. is hereby CONTINUED to December 10, 2007, at 10:00 a.m.

DATED: November 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE