```
J. Francisco Karwash (Bar No. 240796)
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-0358 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | |
| JOVON PORTER WHORTON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jovon Porter WHORTON, by and through his counsel, J. Francisco Karwash, Esq., stipulate and agree to continue the judgment and sentencing hearing presently scheduled for December 10, 2007, at 10:00 a.m. to January 14, 2008.

                                         Respectfully Submitted,

                                         J. Francisco Karwash
                                         Attorney for WHORTON

DATED: December 6, 2007      By: <u>/s/J. Francisco Karwash</u>
                                           Telephonically authorized to sign
                                           for Mr. Hitt on 12-6-07
                                           JASON HITT, Esq.
                                           Assistant U.S. Attorney

DATED:  December 7, 2007     By: <u>/s/J. Francisco Karwash</u>
                                           J. FRANCISCO KARWASH, Esq.
                                           Attorney for WHORTON

1

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing hearing scheduled for December 10, 2007 at 10:00 a.m. is hereby CONTINUED to January 14, 2008, at 10:00 a.m.

DATED: December 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE